IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SANDY BLANCHARD,

        Plaintiff,

v.

                                                    Case No. 19-cv-911-wmc

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Sandy Blanchard affirming the Commissioner's decision denying plaintiff's application for social security supplemental income.

| s/ V. Olmo, Deputy Clerk, Deputy Clerk | 7/28/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |